IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 84-cr-365-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES ROUSH,

    Defendant.

## ORDER

This matter is before the Court on Defendant Charles Roush's Motion to Clarify Sentence (Dkt. # 1), filed August 21, 2006.  The United States is directed to file a response to this motion by **Monday, September 25, 2006.**  Any reply by Mr. Roush shall be filed no later than **Friday, October 13, 2006.**

    DATED: August 22, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge