IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 84-cr-365-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHARLES ROUSH,

     Defendant.

---

## ORDER

---

This matter is before the Court on Defendant Charles Roush's Motion to Clarify Sentence (Dkt. # 1), filed August 21, 2006.  By Order dated August 22, 2006 (Dkt. # 2) the United States was directed to file a response to defendant's motion by September 25, 2006.  It has come to the Court's attention that the United States was not informed of this Order, it is therefore

ORDERED that the Court's Order of August 22, 2006 is amended to give the United States up to and including October 26, 2006 to file a response to this motion. Any reply by Mr. Roush shall be filed within 14 days of receipt of the United States' response.

DATED:   October 5, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
Phillip S. Figa
United States District Judge